# Martin, Disiere, Jefferson & Wisdom L.L.P.

## ATTORNEYS AT LAW

808 Travis Street • 20th Floor • Houston, Texas 77002 • Phone: 713-632-1700 • Fax: 713-222-0101 • www.mdjwlaw.com

LESLIE T. TAN
Partner
Direct: 713-632-1714
e-mail: tan@mdjwlaw.com

March 22, 2018

Philip E. McCleery *Via E-mail*
David M. Mathews
SHEEHY, LOVELACE & MAYFIELD, P.C.
510 N. Valley Mills Dr., Suite 500
Waco, Texas 76710

Re: Civil Action No. 6:17-cv-188; *Wardlaw Claims Service, L.L.C. v. American Integrity Insurance Company of Florida, Inc.;* In the United States District Court for the Western District of Texas, Waco Division

## STIPULATION: FINAL SETTLEMENT

Dear Counsel:

This letter is to memorialize our settlement agreement in the above-referenced lawsuit. You agree to settle on behalf of Plaintiff Wardlaw Claims Service, L.L.C. all claims against American Integrity Insurance Company of Florida, Inc., with prejudice to re-filing of same, in exchange for a full and final release and dismissal of the pending lawsuit, and for consideration in the amount of ONE MILLION AND 00/100 DOLLARS ($1,000,000.00). You will provide settlement draft instructions. The Settlement Agreement and Release will include a provision fully releasing American Integrity from any claims that have been or that could have been asserted in the above-referenced lawsuit. All parties are to bear their own court costs and attorneys' fees.

We will provide draft settlement documents, which will include a Settlement Agreement and Release and Joint Stipulation of Dismissal with Prejudice. Upon receipt of the executed settlement documents, the Joint Stipulation of Dismissal with Prejudice will be filed in the matter. The parties agree to complete execution of the settlement documents and exchange of settlement funds by April 20, 2018.

If the above accurately reflects the agreement of the parties, please execute below and return a copy to us via e-mail correspondence or facsimile for filing with the Court. If you have any questions, please feel free to contact me at (713) 632-1714.



**Martin, Disiere, Jefferson & Wisdom**
ATTORNEYS AT LAW

Mr. Philip E. McCleery
Mr. David M. Mathews
March 22, 2018
Page 2

                                Very truly yours,

                                MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

                                /s/ Leslie T. Tan

LTT/ltt                              Leslie T. Tan

AGREED: /s/ David Mathews          DATE: 3/22/18
David Mathews
Attorney for Plaintiff
Wardlaw Claims Service, L.L.C.

cc:    Mr. Christopher W. Martin [Firm]