IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WARDLAW CLAIMS SERVICE, L.L.C. | § § § § | |
| *Plaintiff* | § | |
| Vs. | § § § | CIVIL ACTION NO. 6:17-cv-188-RP-JCM |
| AMERICAN INTEGRITY INSURANCE COMPANY OF FLORIDA, INC. | § § § | |
| *Defendant* | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUICE

TO THE HONORABLE ROBERT PITMAN:

COME NOW Plaintiff Wardlaw Claims Service, L.L.C. and Defendant American Integrity Insurance Company of Florida, Inc. and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal, with prejudice, of the above-referenced action. Plaintiff dismisses all of its claims against Defendant in the above-referenced lawsuit with prejudice, with each party to bear its own costs.

Respectfully submitted,

SHEEHY, LOVELACE & MAYFIELD, PC

By: _____
Philip E. McCleery
State Bar No. 13395000
David M. Mathews
State Bar No. 24058211
510 N. Valley Mills Drive, Suite 500
Waco, TX 76710
254.772.8022 Telephone
254.772.9297 Facsimile
pmccleery@slmpc.com
dmathews@slmpc.com

**ATTORNEYS FOR PLAINTIFF
WARDLAW CLAIMS SERVICE, L.L.C.**

- AND -

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.

By: ___/s/ Leslie T. Tan_____
     Christopher W. Martin
     Texas Bar No. 13057620
     Federal I.D. No. 13515
     martin@mdjwlaw.com
     808 Travis Street, 20th Floor
     Houston, Texas 77002
     Telephone: (713) 632-1700
     Facsimile: (713) 222-0101

**ATTORNEY FOR DEFENDANT,
AMERICAN INTEGRITY INSURANCE
COMPANY OF FLORIDA, INC.**

OF COUNSEL:

Leslie T. Tan
Texas Bar No. 24046998
Federal I.D. No. 635202
tan@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, 20th Floor
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

## CERTIFICATE OF SERVICE

I certify that a copy of ***Joint Stipulation of Dismissal with Prejudice*** has been forwarded *via* e-mail correspondence and ECF on this 11th day of April, 2018 to:

David M. Mathews                                                 *Via E-mail and ECF*
Philip E. McCleery
SHEEHY, LOVELACE & MAYFIELD, P.C.
510 N. Valley Mills Dr., Suite 500
Waco, Texas 76710

                                                                  _/s/ Leslie T. Tan_____
                                                                       Leslie T. Tan